IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) <br> ) <br> The residence of ) <br> Brian Douglas Wells ) <br> located at 2421 Loveland Avenue ) <br> Erie, Pennsylvania ) | Magistrate No. 03-46 ME |

### MOTION TO UNSEAL SEARCH WARRANT

AND NOW comes the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Marshall J. Piccinini, Assistant United States Attorney for said district, and sets forth the following:

On August 28, 2003, a Search Warrant was issued in the above-captioned case.

The Search Warrant, Affidavit and Return were then ordered sealed pending search of the above-captioned residence.

WHEREFORE, this Honorable Court is respectfully requested to unseal the said Search Warrant, Affidavit and Return, due to the fact that the search has been executed, and there is no further need for the Search Warrant, Affidavit and Return to remain sealed.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

*(signature)*

MARSHALL J. PICCININI
Assistant U.S. Attorney
PA ID No. 56362